| Date | Pleading Number | |
|------|----------------|---|
| 12/13/73 | 1. | MOTION -- of defendants Philip Hampton, Philip D. Reed, Edwin Singer, Thomas W. Smith and Walter N. Thayer w/supportin data.  Schedule A includes eight actions (6 in S.D. N.Y., 1 in N.D. Texas and 1 in W.D. Penn.)  Affidavit of service  Requested transferee forum: S.D. New York |
| 12/26/73 | 2 | DAVID G. LEAVERTON response, brief, cert. of service to motion *(B-1)* |
| 12/28/73 | | WILLIAM B. MOESER, THOMAS NIELSEN AND JIYUM NAKAJI request for extension to file and serve response |
| | | ORDER extending to ALL, Jan 15, 1974 to file and serve response to motion.  Notified counsel of record. |
| 1/2/74 | | TOUCHE ROSS & CO. request for extension to file and serve response |
| 1/2/74 | 3 | PENN MART REALTY CO. response to motion (Service filed on 1/7/74) |
| 1/2/74 | 4 | PLAINTIFFS MELLON BANK N.A. AND JOHN STEVEN RENKERT response to motion. |
| 1/2/74 | 5 | DECATUR INCOME FUND, INC., COLONIAL CONVERTIBLE FUND, INC., COMMERCE BANK OF KANSAS CITY, FIRST NATIONAL BANK IN DALLAS, NORTH CAROLINA NATIONAL BANK, LUTHERAN BROTHOOD (Plaintiffs) response to motion to ALL; w/cert of service |
| 1/4/74 | | REQUEST FROM ROBERT H AND ROBERT S WALTER for an extension of time to Feb. 4, 1974 to file and serve response to motion - GRANTED |
| 1/7/74 | 6. | FIRST NATIONAL BANK OF TOLEDO -- ltr. advising no opposition to motion. |
| 1/7/74 | 7. | H. WILKINS CROSBY, WILLIAM W. FOX, DIRK C. KOK, JR., ROBERT M. OVERALL, VICTOR J. SCHULMAN & JAMES G. WILSON., ltr. advising support of motion. |
| 1/14/74 | 8 | L. L. GORDON response to motion w/cert. of service |
| 1/14/74 | 9 | WILLIAM B. MOESER, THOMAS H. NIELSEN AND JIYN NAKAJI response to motion w/ cert. of service. Counter motion to add 1 action (B-1) *see 2* |
| 1/14/74 | 10 | CHARLES H. DIETZ response to motion w/cert. of service. |
| 1/15/74 | 11 | TOUCHE ROSS & CO. response and brief to motion w/cert. of service. |
| 1/17/74 | 12 | RICHARD GANT and V. FRANK ASARO response to motion w/cert. of service. |
| 1/17/74 | 13 | SIXTY EIGHT UNDERWRITES represented by SULLIVAN and CROMWELL response to motion w/cert. of service |
| 1/18/74 | 14 | THOMAS H. NIELSEN  and DANIEL N. SALERNO response to motion w/cert. of service |
| 1/18/74 | 15 | FABRIKANT response to motion w/cert. of service |
| 1/21/74 | | REQUEST FOR EXTENSION OF TIME from Movants and defendants DECATUR INCOME FUND, COLONIAL CONVERTIBLE FUND, INC., COMMERCE BANK OF KANSAS CITY AND FIRST NATIONAL BANK IN DALLAS, NORTH CAROLINA NATIONAL BANK AND LUTHERAN BROTHERHOOL for an extension to file reply brief |
| | | ORDER - extending to all parties filing reply breif to and including Jan 31, 1974 |
| 1/22/74 | 16 | GREAT COMMONWEALTH response to motion, service indicated |
| 1/24/74 | | UNION BANK BANK request for extension to file reply to Feb. 4, 1974 |
| | | EXTENSION GRANTED to UNION BANK |
| 1/28/74 | 17 | ERNEST C. HICKSON response to motion w/cert. of service |
| 2/1/74 | ~~20~~ | DECATUR INCOME FUND, INC., FIRST NAT'L BANK IN DALLAS, COLONIAL CONVERTIBLE FUND, INC., COMMERCE BANK OF KANSAS CITY, N.A., NORTH CAROLINA NATIONAL BANK, N.A., LUTHERAN BROTHERHOOD, MELLON BANK, N.A., MICHAEL FABRIKANT, ET AL., PENN MART REALTY COMPANY, ET AL., Joint ReplySupp'g S.D. N.Y., Opp'g to S.D. Calif. w/cert. of service. |
| *duplicate of 18.* | | |
| 2/1/74 | 19 | UNION BANK response and brief to motion w/cert. of service |
| 2/1/74 | **18** | DECATOR INCOME FUND, INC., FIRST NATIONAL BANK IN DALLAS, COLONIAL CONVERTIBLE FUND, INC., COMMERCE BANK OF KANSAS CITY, NORTH CAROLINA NATIONAL BANK, LUTHERAN BROTHERHOOL, MELLON BANK, MICHAEL FABRIKANT, PENN MART REALTY CO., Join Reply to motion w/cert. of service |
| 2/6/74 | | HAMPTON (MOVANTS) request for extension of 2/11/74 to reply- GRANTED |

| Date | Pleading Number | |
|---|---|---|
| 2/6/74 | | R. H. WALTER AND R.S. WALTER request for extensionto file response to motion to -- GRANTED to 2/6/74 |
| 2/6/74 | 21 | R. H. WALTER AND R. S. WALTER opposition to transfer and brief w/cert. of service |
| 2/11/74 | 22 | RICHARD W. ARNESON, DENNIS HILL, A-H PROPERTIES, ARNESON, HILL & ASSOCIATES & BAY VIEW INVESTMENTS -- Response of unserved defendants to oppose S.D. N.Y. and support S.D. California |
| 2/11/74 | 23 | UNITED STATES -- Amicus Curiae Brief w/ exhibit of Ex Parte Motion filed in S.D. Cal., In re Grand Jury Investigation of U.S. Financial. Certificate of service attached |
| 2/11/74 | 24 | MOVANTS' REPLY BRIEF -- w/ certificate of service. |
| 2/20/74 | 25 | WILLIAM D. FOOTE response to motion w/cert. of service |
| 2/26/74 | | HEARING ORDER - Setting A-1 through B-2 for hearing. March 22, 1974 DENVER, COLORADO |
| 3/11/74 | | ORDER correcting schedule A. of hearing order as it pertains to First National Bank of Toledo, et al. v. U. S. Financial Inc., et al., Civil Action No. C-73-398 (Civil Action No. was corrected) Notified counsel, involved judge |
| 3/11/74 | | ORDER -- amending hearing order to include motion of Touche and Ross to transfer actions to the S.D. Calif., notified counsel |
| 3/15/74 | 26 | SEC V. U. S. FINANACIAL COPR., ET AL., S.D.CAL., 74-92-S ROBERT H. WALTER AND ROBERT S. WALTER motion and brief to add action and transfer to S.D. Calif. w/cert. of service |
| 6/6/74 | | OPINION AND ORDER TRANSFERRING LITIGATION to S.D. California for assignment to Judge Turrentine. |
| 6/7/74 | | CONSENT OF CHIEF JUDGE SCHWARTZ for JUDGE TURRENTINE to handle litigation |
| 6/27/74 | | AMERICAN AUTOMOBILE ASSOCIATION V. TOUCHE ROSS & CO., S.D.N.Y 74 Civ 1828 CTO entered today. Notified counsel, involved judges. |
| 7/16/74 | | AMERICAN AUTOMOBILE ASSN. V. TOUCHE ROSS & CO., S.D.N,Y., 74 Civ. 1828 CTO effective today. Notified involved judges, involved clerks |
| 8/23/74 | | SOCIETE GENERALE DE BANQUE V. TOUCHE ROSS & CO., S.D.N.Y. 74 Civ. 3120 Order to show cause entered today. Notified counsel, involved judges |
| 8/23/74 | | COLONIAL VENTURES, INC., ET AL. V. TOUCHE ROSS & CO., S.D.N.Y. 74 Civ. 2976 CTO entered today. Notified counsel, involved judges |
| 8/30/74 | | HEARING ORDER -- Setting Societe de General Banque v. Touch Ross & Co. for hearing, Sep. 27, 1974, Boston, Mass. |
| 9/5/74 | 27 | RESPONSE -- Societe Generale De Banue, Rentinves North American Fund A and ITT Fund, Ltd and BRIEF to Order to Show cause entered on Aug. 23, 1974 in Societe General De Banque v. Touche Ross & Co., S.D.N.Y., 74 Civ. 2976 |
| 9/10/74 | | COLONIAL VENTURES, INC., ET AL. V. TOUCHE ROSS & CO., S.D.N.Y. 74 Civ. 2976 -- CTO final today. Notified clerks involved judges. |
| 9/11/74 | 28 | TOUCHE ROSS & CO. response to SCO w/cert. of service. |
| 9/20/74 | 29 | RESPONSE TO SCO FROM Plaintiffs Steering Committee w/cert. of service |
| 9/23/74 | | Letter from Melvyn I. Weiss, Milberg & Weiss to delete all reference in response No. 29 to Plaintiffs Steering Committee and should substitute Fabrikant and Penn Mart. |
| 12/2/74 | | SOCIETE GENERALE DE BANQUE V. TOUCHE ROSS & CO., S.D.N.Y. 74 Civ. 1828 OPINION AND ORDER transferring action to the S.D. Calif. pursuant to 1407 |
| 6/26/75 | | ORDER APPOINTING DEPOSITION JUDGE -- Judge Manuel Real Starting July 7, 1975 until completed |

| Date | Pleading Number | |
|---|---|---|
| 11/13/75 | | ROBERT D. KELCE V. TOUCHE ROSS & CO., ET AL., D. COLORADO, 75-1169 |
| | | CTO FILED TODAY.  Notified counsel, involved judges |
| 12/1/75 | | ROBERT D. KELCE V. TOUCHE ROSS & CO., ET AL., D. COLORADO, 75-1169 |
| | | CTO FINAL TODAY.  NOTIFIED CLERKS, INVOLVED JUDGES |

*opinion & orders* Seance 6 1974 385 F Supp. 586 *1403*

DOCKET NO. 161 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Dec. 2, 1974 385 F. Supp. 586*

## Description of Litigation

IN RE U. S. FINANCIAL SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 3/22/74  9/27/74

Date(s) of Opinion(s) or Order(s) 6/6/74

Consolidation Ordered ✓    Name of Transferee Judge  Howard B. Turrentine

Consolidation Denied ____    Transferee District  S. D. Calif.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Penn Mart Realty Company v. U. S. Financial Inc., et al. | S.D.N.Y. | 72 Civ.5286 (MIG) | 6/6/74 | 74-281-T | 11/28/78 | Defs. Mot 12/13/73 |
| A-2 | Michael Fabrikant v. Robert G. Stewart, et al. | S.D.N.Y. | 73 Civ.3680 (MIG) | 6/6/74 | 74-282-T | 11/28/78 | " " |
| A-3 | Michael Fabrikant v. Robert G. Stewart, et al. | S.D.N.Y. | 73 Civ.4897 (WK) | 6/6/74 | 74-283-T | 11/28/78 | " " |
| A-4 | Decatur Income Fund, Inc., et al. v. Touche, Ross & Co., et al. | S.D.N.Y. | 73 Civ.4896 (MIG) | 6/6/74 | 74-284-T | 11/28/78 | " " |
| A-5 | Lutheran Brotherhood v. Touche, Ross & Co., et al. | S.D.N.Y. | 73 Civ.5042 (MIG) | 6/6/74 | 74-285-T | 11/28/78 | " " |
| A-6 | First National Bank of Toledo, et al. v. U. S. Financial Inc., et al. | N.D.Ohio | C 73-398 (DJY) | 6/6/74 | 74-286-T | Closed | " |
| A-7 | Great Commonwealth Life Insurance Co. v. R. H. Walter, et al. | N.D.Texas | CA-3-7685E (EBM) | 6/6/74 | 74-287-T | 9/22/76 | " " |
| A-8 | Mellon Bank, N.A., et al. v. Touche, Ross & Co., et al. | W.D.Pa. | 73-981 | 6/6/74 | ✓74-288-T | 11/28/78 | " " |
| B-1 | William D. Foote v. R. H. Walter, et al. | S.D.CAL Thompson | 73-508-S | NT | Closed | | Leaverton countermotion 12/26/73 |

11/16/76  J. Turrentine §1404 transfer to S. D. Calif.

DOCKET NO. 161 (CONTINUED)                                    PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-2 | John Page Risque v. Robert H. Walter | S.D.Cal Thompson | 73-312-T | NT | | Closed | Walter respons to amend counter motion |
| B-3 | Securities and Exchange Commission v. U. S. Financial, et al. | S.D. Cal. | 74-92-T | NT | | 6/16/81 11/28/74 | 2/6/74 Walter motion of 3/15/74 |
| B-4 | American Automobil Association v. Touche Ross & Co., et al. 6/27/74 | S.D.N.Y. Gurfein | 74Civ. 1828 | 9/16/74 | 74-354-T | | |
| B-5 | Colonial Ventures, et al, v. Touche & Ross & Co. 8/23/74 | S.d.N.Y. Gurfein | 74 Civ. 2976 | 9/10/74 | 74-436-T | closed 9/25/80 | |
| B-6 | Societe Generale De Banque, et al. Touche , Ross & Co. | v.S.D.N.Y. Gurfein | 74 Civ. 3120 | 12/2/74 | 74-569-T 75-1044T | sco 8/23/74 | |
| B-7 | Robert D. Kelce v. Touche Ross & Co., et al  11/13/75 | D.Colo Matsch | 75 1169 | 12/1/75 | 75-1119 | 9/18/81 | |
| ~~XYZ-1~~ | ~~Societe Generale De Banque, et al.~~ ~~v. Union Bank~~ | S. Cal. | 75-1044-T | | | 6/10/81 | |
| XYZ-1 | William Huff, III v. Touche Ross & Co. | S.D.Cal | 75-1107-T | | | | |
| XYZ-2 | Robert G. Stewart v. Touche, Ross & Co. | S.D.Cal. | 74-452-T | | | 9/8/81 | |
| | | | 12  Trial  5  XYZ's  17  Pending | | | | |
| XYZ-3 | Societe Generale de Banque, et al. V. Union Bank | S.Cal. | 75-1044-T | | | 9/25/81 | |
| XYZ-4 | Societe Generale de Banque, et al. v. Wood, Ivey, et al. | S. Cal. | 76-819 | | | 9/25/81 | |

DOCKET NO. 161   (CONTINUED)                    PAGE    3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-5 | Mellon Bank  N.A. v. Brown, Wood Fuller, Caldwell & Ivey, et al. | S.D. Calif | 77-0457-T | | | 9/25/81 | |
| XYZ-6 | Colonial Growth Shares, Inc. v. Brown, Wood, Fuller, Caldwell & Ivey, et al. | S.D.Calif | 77-0454-T | | | Closed | |

*July 1977 - 12 re/9 X 42/9 D/3/12 Rdg.*

*July 1980 - Passed*

*July 1981 — 15 dis/ 6 Rdg*

· ·p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


DOCKET NO. 161  --   IN RE U. S. FINANCIAL SECURITIES LITIGATION

LIAISON COUNSEL LIST APPOINTED BY J. TRUUENTINE
PRETRIAL ORDER NO. 1 dated Jul 25, 1974
(amended September 27, 1974)

| Plaintiff | Defendant |
|---|---|
| Melvyn I. Weiss, Esquire<br>Milberg and Weiss<br>One Pennsylvania Plaza<br>New York, New York  10001 | Irwin F. Woodland, Esquire<br>Gibson, Dunn and Crutcher<br>515 South Flower Street<br>Los Angeles, California  90071 |
| Milberg & Weiss<br>1200 Third Avenue<br>Suite 1200<br>San Diego, California  92101 | |

REVISED: February 7, 1974                                              p. __1__

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __161__  --   IN RE U. S. FINANCIAL SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| PENN MART REALTY CO. (A-1) | PRESCOTT, BALL & TURBEN |
|   Irving Morris, Esquire | A. G. BECKER & CO., INC. |
|   Cohen, Morris & Rosenthal |   M. Lauck Walton, Esquire |
|   Post Office Box 1070 |   Donovan, Leisure, Newton & Irvine |
|   301 Market Tower |   30 Rockefeller Plaza |
|   Wilmington, Delaware  19899 |   New York, New York  10020 |
| | |
| MICHAEL FABRIKANT (A-2 & A-3) |   H. WILKINS CROSBY |
|   Milberg & Weiss | WILLIAM W. FOX        JAMES G. WILSON |
|   One Pennsylvania Plaza | DIRK C. KOK, JR. |
|   New York, New York  10001 | ROBERT M. OVERALL, *bk. of Am N.T & S.A* |
| AMERICAN AUTOMOBILE ASSN. (B-4) | VICTOR J. SCHULMAN |
| DECATUR INCOME FUND, INC., ET AL. (A-4) |   Abraham G. Levin, Esquire |
| LUTHERAN BROTHERHOOD (A-5) |   Rubin, Wachtel, Baum & Levin |
|   Alvin K. Hellerstein, Esquire |   645 Fifth Avenue |
|   Stroock & Stroock & Lavan |   New York, New York 10022 |
|   1801 Century Park East | |
|   Los Angeles, Calif.  90067 |   CHARLES H. DIETZ |
| |     Wallace R. Peck, Esquire |
| |     Jennings, Engstrand & Hendrikson |
| FIRST NATIONAL BANK OF TOLEDO, ET AL. (A-6) |   2022 Camino del Rio North |
|   Allan J. Reniche, Esquire |   San Diego, California  92108 |
|   Sullivan, Jones & Archer | |
|   Suite 1400, Security Pacific Plaza | JOHN B. HALVERSON |
|   1200 Third Ave. | |
|   San Diego, California.  92101 |   Steven F. Lazarian, Esq. |
| GREAT COMMONWEALTH LIFE INSURANCE CO. (A-7) |   7860 Mission Center Court Suite 201 |
|   S. Stewart Frazer, Esquire |   San Diego, Calif.        National |
|   Suite 1500, David Building | |
|   Dallas, Texas  75202 | |
| | PHILIP HAMPTON |
| MELLON BANK, N.A., ET AL.  (A-8) | PHILIP D. REED |
|   J. Tomlinson Fort, Esquire | THOMAS W. SMITH |
|   Reed, Smith, Shaw & McClay | EDWIN SINGER |
|   Post Office Box 2009 | WALTER N. THAYER |
|   Pittsburgh, Pennsylvania  15230 | WHITCOM INVESTMENT CO. |
| |   Debevoise, Plimpton, Lyons & Gates |
| |   299 Park Avenue |
| |   New York, New York  10017 |

| Plaintiff | Defendant |
|---|---|
| **WILLIAM D. FOOTE**<br>Paul Hamilton, Esq.<br>Pacht, Ross, Warne, Bernhard &<br>  Sears<br>1800 Avenue of the Stars<br>Suite 500<br>Los Angeles, Calif. 90067 | **ERNEST C. HICKSON**<br>James M. Dort, Esq.<br>Robert B. Coffin, Esq.<br>1700 Bank of California Plaza<br>110 West A. Street<br>San Diego, California  92101 |
| **JOHN PAGE RISQUE**<br>Gary J. Aquirre, Esquire<br>Ridgway, Whittemore, Esquire<br>Wolley, Crake, Collins & Ward<br>Suite 2007, 525 "B" St.<br>San Diego, California  92101 | **ROBERT G. LIUZZI**<br>Thomas C. Harden, Esquire<br>Newby & Harden<br>Suite 1360, Bank of California Plaza<br>110 West "A" Street<br>San Diego, California  92101 |
| **SECURITIES AND EXCHANGE COMMISSION**<br>Richard S. Kraut, Esq.<br>Richard J. Rubin,Esq.<br>500 N. Capitol St.<br>Washington, D. C.  20549 | **WILLIAM B. MOESER** |
| **COLONIAL VENTURES, INC. (B-5)**<br>Tufo, Johnston & Allegaert<br>645 Madison Avenue<br>New York, New York  10022 | **JIYUM NAKAJI**<br>Ronald L. Styn, Esquire<br>Marinos & Styn<br>111 Elm Street<br>San Diego, California  92101 |
| **SOCIETE GENERALE DE BANQUE (B-6)**<br>William E. Kelly, Esquire<br>Casey, Lane & Mittendorf<br>1010 Second Avenue<br>Suite 1710<br>San Diego, Calif.  92101 | **DANIEL N. SALERNO**<br>George H. Kolb, Esquire<br>Wynne, Jaffee & Tinsley<br>1000 LTV Tower<br>Dallas, Texas  75101 |
| **TOUCHE, ROSS & CO. 73-508T (only)**<br>Richard B. Munks, Esq.<br>Procopio,Cory, Hargreaves & Savitch<br>530 "B" Street<br>San Diego, Calif.  92101 | **ROBERT D. SMITH**<br>6961 Paseo Laredo<br>La Jolla, California  92037 |
| **JOHN MALKIND  (73-508-T only)**<br>Richard B. Munks, Esq.<br>Procopio,Cory, Hargreaves & Savitch<br>530 B Street<br>San Diego, Calif.  92101 | **ROBERT G. STEWART**<br>Stacy L. Wallach, Esquire<br>Tenzer, Greenblatt, Fallon & Kaplan<br>100 Park Avenue<br>New York, New York  10017 |
| **ROBERT D. KELCE (B-7)**<br>Jeffrey L. Beattie, Esquire<br>Law, Nagel and Clerk<br>2030 Western Federal Savings<br>    Building<br>Denver, Colorado  80202 | **TOUCHE & ROSS**<br>Irwin F. Woodland, Esquire<br>Gibson, Dunn & Crutcher<br>515 South Flower Street<br>Los Angeles, Calif.  90071 |
|  | **U. S. FINANCIAL INC.**<br>Kevin J. Quinn, Esquire<br>Rifkind, Sterling & Solomon<br>9454 Wilshire Boulevard<br>Suite 601<br>Beverly Hills, CA  90212 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 161 -- IN RE U. S. FINANCIAL SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| ROBERT S. WALTER<br>ROBERT H. WALTER (CO-COUNSEL)<br>Loren E. Weiss, Esq.<br>Brainard, Speyer & Weiss<br>1421 Crocker Bank Bldg.<br>Second and Broadway<br>San Diego, California  92101 | ROBERT S. WALTER<br>ROBERT H. WALTER<br>Luke R. Corbett, Esquire<br>Scales, Patton, Ellsworth & Corbett<br>Suite 2150, 530 "B" Street<br>San Diego, California  92101 |
| THOMAS H. NEILSEN<br>E. Thomas Maguire, Esquire<br>Marinos & Styn<br>111 Elm Street<br>San Diego, California  92101 | ROBERT B. YERBY<br>4329 Indiana Ave.<br>Kenner, Louisiana 70062 |
|  | UNION BANK<br>Everett B. Clary, Esquire<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, California  90017 |
|  | BACHE & CO., INC.<br>BASLE SECURITIES CORP.<br>BATEMAN EICHLER, HILL RICHARDS INC.<br>BEAR, STEARNS & CO.<br>BLUNT ELLIS & SIMMONS<br>BOETTCHER & CO.<br>BURNHAM & CO.<br>BUTCHER & SHERRERD<br>BLYTH & CO., INC.<br>CAZENOVE, INC.<br>CBWL-HAYDEN, STONE INC.<br>CLARK, DODGE & CO., INC.<br>CROWELL, WEEDON & CO.<br>DAIN, KALMAN & QUAIL, INC.<br>DAVIS, SKAGGS & CO., INC.<br>DOFT & CO., INC.<br>DOMINICK & DOMINICK, INC.<br>duPONT, GLORE FORGAN, INC.<br>(CONTINUED) |

| Plaintiff | Defendant |
|---|---|
| | EASTMAN DILLON, UNION SECURITIES & CO., INC. |
| | EQUITABLE SECURITIES, MORTON & CO., INC. |
| | FERRIS & CO. |
| | THE FIRST BOSTON CORP. |
| | GOLDMAN, SACHS & CO. |
| | HAMBRECHT & QUIST |
| | HORNBLOWER & WEEKS – HEMPHILL, NOYES |
| | E. F. HUTTON & CO., INC. |
| | KIDDER, PEABODY & CO., INC. |
| | KLEINWORT, BENSON INC. |
| | KOHLMEYER & CO. |
| | LAZARD FRERES & CO. |
| | LOEB, RHOADES & CO. |
| | McDONALD & CO. |
| | MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. |
| | MITCHUM, JONES & TEMPLETON INC. |
| | MODEL, ROLAND & CO., INC. |
| | NEW YORK HANSEATIC CORP. |
| | JOHN NUVEEN & CO. (INC.) |
| | THE OHIO CO. |
| | OPPENHEIMER & CO. |
| | PAINE, WEBBER, JACKSON & CURTIS INC. |
| | PARIBAS CORP. |
| | H. O. PEET & CO., INC. |
| | PIERSON, HELDRING & PIERSON |
| | PIPER JAFFRAY & HOPWOOD INC. |
| | R. W. PRESSPRICH & CO., INC. |
| | RAUSCHER PIERCE SECURITIES CORP. |
| | REYNOLDS & CO. |
| | ROBERTS, SCOTT & CO., INC. |
| AGIO CAPITAL CORP. | THE ROBINSON-HUMPHREY CO., INC. |
| STRAUSS, TURNBULL & CO. | L. F. ROTHSCHILD & CO. |
| A. G. BECKER & CO., INC.           ) | SALOMON BROTHERS |
| J. C. BRADFORD & CO.               ) | SCHERCK, STEIN & FRANC, INC. |
| FIRST CALIFORNIA CO., INC.         ) | SHEARSON, HAMMILL & CO., INC. |
| LOEWI & CO., INC.                  ) | SHIELDS & CO., INC. |
| SINGER, DEANE & SCRIBNER           ) | SHUMAN, AGNEW & CO., INC. |
| DEAN WITTER & CO., INC.            ) | I. M. SIMON & CO. |
| WILLIAM HUTCHINSON & CO., INC.     ) | SMITH, BARNEY & CO., INC. |
| DREXEL, BURNHAM & CO., INC.        ) | STERN, FRANK, MEYER & FOX, INC. |
| ARNHOLD & S. BLEICHROEDER, INC.   ) | SUTRO & CO., INC. |
| THOMSON & McKINNON AUCHINCLOSS,   ) | WALSTON & CO., INC. |
|     INC.                           ) | WATLING, LERCHEN & CO. |
| GUTZWEILER, KURZ, BURGENER,       ) | JOHN L. WEINBERG |
|     SECURITIES, LTD.               ) | WERTHEIM & CO. |
| LEHMAN BROTHERS INC.               ) | WOOD, STRUTHERS & WINTHROP, INC. |
| STONE & YOUNGBERG                  )--- | Edward W. Keane, Esquire |
| | Sullivan & Cromwell |
| | 48 Wall Street |
| | New York, New York  10005 |

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __161__ -- __IN RE U. S. FINANCIAL SECURITIES LITIGATION__

| Plaintiff | Defendant |
|---|---|
| | GARY L. FITZGERALD<br>  6802 Paseo Laredo<br>  La Jolla, California  92037<br><br>DAVID G. LEAVERTON<br>  Laurence L. Pillsbury, Esquire<br>  Mcinnis, Fitgerald, Rees & Sharkey<br>  1301 U. S. National Bank Bldg.<br>  San Diego, Calif.  92101 |
| | L. L. GORDON    ~~BERNARD F. COGGAN~~ dec.<br>  Paul R. Kennerson, Esquire<br>  Gibson & Kennerson<br>  1212 Home Tower, 707 Broadway<br>  San Diego, California  92101 |
| | 3 |
| | GREAT COMMONWEALTH LIFE INSURANCE CO.<br>  S. Stewart Frazer, Esquire<br>  1500 Davis Building<br>  Post Office Box 1048<br>  Dallas, Texas  75221<br><br>RICHARD GANT<br>V. FRANK ASARO<br>  Mitchell L. Lathrop, Esquire<br>  Macdonald, Halsted & Laybourne<br>  1200 Wilshire Boulevard<br>  Los Angeles, California  90017 |

| Plaintiff | Defendant |
|---|---|
| ~~ACIO CAPITAL CORP.~~<br>Two Broadway<br>New York, New York   10004 | Charles D. Prutzman, Jr.<br>133 Summit Drive<br>Manhasset, New York |
| BURTON H. ALDEN<br>7967 Weatherly<br>Le Mesa, California | Richard W. Arneson, Jr.<br>570 Gage Lane<br>San Diego, California   92106 |
| BENDER CO.<br>7765 Girard Avenue<br>Post Office Box 31<br>La Jolla, California   92037 | Dennis P. Hill<br>3262 Trumbull<br>San Diego, Cali.   92106 |
| ~~JOEL ELMAN, ESQUIRE~~<br>2765 Soderbloom<br>San Diego, California | Walter P. Gribben<br>19 Pine Valley Lane<br>Newport Beach, Calif.   92660 |
| HAROLD H. LITTEN<br>Post Office Box 695<br>Ramona  , California   92065 | William L. O'Bryon<br>2672 Circle Drive<br>Newport Beach, Calif. |
| ELLIS GRAVETTE<br>7915 Avenue Alamar<br>La Jolla, California | A-H Properties<br>1050 Rosecrans St., Suite E.<br>San Diego, Calif.   92106 |
| ~~GEORGE COQUILLARD~~<br>325 S. Sierra<br>Solana Beach, California | Bayview Investments<br>1050 Rosecrans St, Suite E.<br>San Diego, California |
| MORGAN WRIGHT<br>4643 Lawler Court<br>La Mesa, California | Mr. Richard G. Abbott<br>19956 Charters Avenue<br>Saratoga, California   95070 |
| RICHARD ENGELBERG<br>6536 Bonnie View Drive<br>San Diego, California | ADDRESSES NOT AVAILABLE FOR<br>FOLLOWING PARTIES:<br>    Morse Ershire II<br>    Robert N. Gould |
| JOHN MALKIND<br>5987 Overlake<br>San Diego, California | ~~James M. O'Hern~~<br>    Societe Generale de Banque S.A.<br>    Strauss, Turnbull & Co.<br>    W. A. Stenson |
| David Ryder<br>SINGER & FIRENDLANDER, LTD.<br>20 Cannon Street<br>London, EC4M  6 X E | Richard Herrington<br>    Ruth Chapin<br>    Glen Olson<br>    ~~Coastal Land Corp.~~<br>    Pedrag Mitrovich<br>    Jeremy ETS-Hokin<br>    National Community Builders |

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.161   --   IN RE U. S. FINANCIAL SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| | CONSOLIDATED EQUITIES COMPANIES<br>~~MR. DICKSON G. PRATT~~<br>MR. JAMES M. TAYLOR<br>~~MR. J. L. SCHRAM~~<br> 11661 San Viente Boulevard<br> Los Angeles, California  90049 |
| | MR. R. G. KING<br>P.O. Box 6126<br>San Diego, California  92106 |
| |  BAYVIEW INVESTMENTS<br> COASTAL LAND CORP.<br> RICHARD W. ARNESON JR.,<br> DENNIS P. HILL<br>  Gerald L. McMahon, Esq.<br>  Seltzer Caplan Wilkins & McMahon<br>  3003 Fourth Avenue<br>  San Diego, California  92103 |
| | ROBERT N. GOULD<br>  Lawrence Kahan, Esquire<br>  Friedman, Heffner, Kahan, & Dysert<br>  ninth Floor, 1010 Second Ave.<br>  San Diego, California 92101 |
| |  OFFICIAL CREDITORS' COMMITTEE<br>  Francis F. Quittner, Esquire<br>  Musick, Peeler & Garrett<br>  20th Floor<br>  One Wilshire Boulevard<br>  Los Angeles, Calif.  90017 |
| |  DICKSON G. PRATT<br>  J. L. SCHRAMM<br>    Richard W. Millar Jr., Esq.<br>    Eilers, Stewart, Pangman & Millar<br>    Union Bank Building<br>    610 Newport Center Drive Ste 1455<br>    Newport Beach, Calif.  92660<br>  James M. O'Hern, Pro Se.<br>  4267 Marina City Drive<br>  Marina Del Rey, Calif.  90291 |

p. __1__

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __161__ -- IN RE U. S. FINANCIAL SECURITIES LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| U. S. Financial Inc. | a-1; a-2; a-3; a-6  B-1  B-3 |
| Touche, Ross & Co. | a-1; a-2; a-3; a-4; a-5; a-6; a-8  B-1  B-2; B-5  B-7 |
| H. Wilkins Crosby | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-7  B-5 |
| William W. Fox | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Philip Hampton | a-1; a-2; a-3; a-4; a-5; a-7; a-8  B-1  B-4  B-5 |
| Ernest C. Hickson | a-1; a-2; a-3; ~~a-4; a-5; a-6; a-7; a-8~~  B-4  B-5 |
| John B. Halverson | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-3  B-4  B-5 |
| Dirk C. Kok, Jr. | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Charles M. Mosser | a-1; a-2; a-3; ~~a-4~~ a-4 ~~B-3~~ |
| Robert M. Overall | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |

p. 2

| Name | Markings |
|------|----------|
| Philip D. Reed | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Victor J. Schulman | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Edwin Singer | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Thomas W. Smith | a-1; a-2; a-3; a-4; a-5; a-7; a-8  B-1  B-4  B-5 |
| Robert G. Stewart | a-1; a-2; 1-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Walter N. Thayer | a-1; a-2; a-3; a-4; a-5; a-7; a-8  B-1  B-4  B-5 |
| Robert H. Walter | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-2  B-3  B-4  B-5 |
| ROBERT S. WALTER | a-1; a-4; a-5; a-6; a-7  B-1  B-4  B-5 |
| John L. Weinberg | a-1; a-2; a-3; a-4; a-5; a-6; a-7; a-8  B-1  B-4  B-5 |
| Robert B. Yerby | a-2; a-3; a-4; a-5; a-7  B-4  B-5 |
| Harold H. Litten | a-2; a-3; a-4; a-5  B-4  B-5 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 161 -- IN RE U. S. FINANCIAL SECURITIES LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Charles Dietz | a-2;a-3;a-4;a-5;a-6;a-7;a-8 B-1 B-4 B-5 |
| Robert D. Smith | a-2;a-3;a-4;a-5;a-8 B-4 B-5 |
| Goldman, Sachs & Co. | a-2;a-3;a-4;a-5;a-6;a-8 B-4 |
| William B. Moeser | a-3;a-4;a-5;a-6;a-7 B-4 B-5 |
| Thomas H. Nielsen | a-3;a-4;a-5;a-6;a-7 B-4 B-5 |
| David G. Leaverton | a-3;a-4;a-5;a-6;a-7;a-8 B-1 B-4 B-5 |
| Richard G. Abbott | a-3;a-4;a-5;a-6;a-7;a-8 B-4 B-5 |
| Gary L. Fitzgerald | a-3;a-4;a-5;a-6;a-7;a-8 B-4 B-5 |
| James G. Wilson | a-3;a-4;a-5;a-6;a-8 B-4 B-5 |
| Jiyun Nakaji | a-3;a-4;a-5;a-6;a-7 B-4 B-5 |

p. _4_

| | |
|---|---|
| Agio Capital Corp. | a-3;a-4;a-5 B-4 |
| Arnhold & S. Bleichroeder, Inc. | a-3;a-4;a-5 B-4 |
| Bache & Co., Inc. | a-3;a-4;a-5 B-4 |
| Basle Securities Corp. | a-3;a-4;a-5 B-4 |
| Bateman Eichler Hill Richards Inc. | a-3;a-4;a-5 B-4 |
| Bear Sterns & Co. | a-3;a-4;a-5 B-4 |
| A. G. Becker & Co., Inc. | a-3;a-4;a-5;a-8 B-4 |
| Bender Co. | a-3;a-4;a-5 B-4 |
| Blunt Ellis & Simmons | a-3;a-4;a-5 |
| Blyth & Co., Inc. | a-3;a-4;a-5 B-4 |
| Boettchdr & Co. | a-3;a-4;a-5 B-4 |

p. 5

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 161 -- IN RE U. S. FINANCIAL SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| J. C. Bradford & Co. | a-3, a-4, a-5   B-4 |
| Burnham & Co. | a-3, a-4, a-5   B-4 |
| Burcher & Sherrerd | a-3, a-4, a-5   B-4 |
| CBWL-Hayden Stone Inc. | a-3, a-4, a-5   B-4 |
| Cazenove, Inc. | a-3, a-4, a-5   B-4 |
| Clark Dodge & Co., Inc. | a-3, a-4, a-5   B-4 |
| Crowell Weedon & Co. | a-3, a-4, a-5   B-4 |
| Dain Kalman & Quail, Inc. | a-3, a-4, a-5   B-4 |
| Davis Skaggs & Co., Inc. | a-3, a-4, a-5   B-4 |
| Doft & Co., Inc. | a-3, a-4, a-5   B-4 |

| | | |
|---|---|---|
| Dominick & Dominick, Inc. | a-3; a-4; a-5 | B-4 |
| duPont Glore Forgan Inc. | a-3; a-4; a-5 | B-4 |
| Eastman Dillpm Union Securities & Co. Inc. | a-3; a-4; a-5 | B-4 |
| Equitable Securities Morton & Co., Inc. | a-3; a-4; a-5 | B-4 |
| Ferris & Co. | a-3; a-4; a-5 | B-4 |
| The First Boston Corp. | a-3; a-4; a-5 | B-4 |
| First California Co., Inc. | a-3; a-4; a-5; a-6 | B-4 |
| Gutzwiller Kurz Bungener Securities Ltd. | a-3; a-4; a-5 | B-4 |
| Hambrecht & Quist | a-3; a-4; a-5 | B-4 |
| Hornblower & Weeks-Hemphill Noyes | a-3; a-4; a-5 | B-4 |
| William Hutchinson & Co., Inc. | a-3; a-4; a-5 | B-4 |

p. 7

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| E. F. Hutton & Co., Inc. | a-3, a-4, a-5    B-4 |
| Kidder Peabody & Co., Inc. | a-3, a-4, a-5    B-4 |
| Kleinwort Benson Inc. | a-3, a-4, a-5    B-4 |
| Kohlmeyer & Co. | a-3, a-4, a-5    B-4 |
| Lazard Freres & Co. | a-3, a-4, a-5, B-4 |
| Lehman Brothers Inc. | a-3, a-4, a-5, a-5    B-4 |
| Loeb Rhoades & Co. | a-3, |
| Loewi & Co., Inc. | a-3, a-4, a-5 |
| McDonald & Co. | a-3, a-4, a-5    B-4 |
| Merrill Lynch Pierce Fenner & Smith, Inc. | a-3, a-4, a-5    B-4 |

| | |
|---|---|
| | a-3; a-4; a-5  B-4 |
| Mitchum Jones & Templeton Inc. | |
| | a-3; a-4; a-5  B-4 |
| Model Roland & Co., Inc. | |
| | a-3; a-4; a-5  B-4 |
| New York Hanseatic Corp. | |
| | a-3; a-4; a-5  B-4 |
| John Nuveen & Co. (Inc.) | |
| | a-3; a-4; a-5  B-4 |
| The Ohio Co. | |
| | a-3; a-4; a-5  B-4 |
| Oppenheimer & Co. | |
| | a-3; a-4; a-5  B-4 |
| Paine Webber Jackson & Curtis Inc. | |
| | a-3; a-4; a-3  B-4 |
| Paribas Corp. | |
| | a-3; a-4; a-5  B-4 |
| H. O. Peet & Co., Inc. | |
| | a-3; a-4; a-5  B-4 |
| Pierson, Heldring & Pierson | |
| | a-3; a-4; a-5  B-4 |
| Piper Jaffray & Hopwood Inc. | |

p. 9

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 161 -- IN RE U. S. FINANCIAL SECURITIES LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| R. W. Pressprich & Co., Inc.' | a-3; a-4; a-5 B-4 |
| Rauscher Pierce Securities Corp. | a-3; a-4; a-5 B-4 |
| Reynolds & Co. | a-3; a-4; a-5 B-4 |
| Roberts Scott & Co., Inc. | a-3; a-4; a-5 B-4 |
| The Robinson-Humphrey Co., Inc. | a-3; a-4; a-5 B-4 |
| L. F. Rothschild & Co. | a-3; a-4; a-5 B-4 |
| Salomon Brothers | a-3; a-4; a-5; a-8 B-4 |
| Scherck Stein & Franc, Inc. | a-3; a-4; a-5 B-4 |
| Shearson, Hammill & Co., Inc. | a-3; a-4; a-5 B-4 |
| Shields & Co., Inc. | a-3; a-4; a-5 B-4 |

| | |
|---|---|
| Shuman, Agenew & Co., Inc | a-3;a-4;a-5   B-4 |
| I. M. Simon & Co. | a-3;a-4;a-5   B-4 |
| Singer & Friedlander Ltd. | a-3;a-4;a-5   B-4 |
| Singer Deane & Schribner | a-3;a-4;a-5   B-4 |
| Smith Barney & Co., Inc. | a-3;a-4;a-5   B-4 |
| Societe Generale de Banque S.A. | a-3;a-4;a-5   B-4 |
| Stern Frank Meyer & Fox, Inc. | a-3;a-4;a-5   B-4 |
| Stone & Youngberg | a-3;a-4;a-5   B-4 |
| Strauss Turnbull & Co. | a-3;a-4;a-5   B-4 |
| Sutro & Co., Inc. | a-3;a-4;a-5   B-4 |
| Thomson & McKinnon Auchincloss Inc. | a-3;a-4;a-5   B-4 |

p. _11_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _161_   --   IN RE U. S. FINANCIAL SECURITIES LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Walston & Co., Inc. | a-3; a-4; a-5 B-4 |
| Watling Lerchen & Co. | a-3; a-4; a-5 B-4 |
| Wertheim & Co. | a-3; a-4; a-5 B-4 |
| Dean Witter & Co., Inc. | a-3; a-4; a-5 B-4 |
| Wood Struthers & Winthrop, Inc. | a-3; a-4; a-5 B-4 |
| *Robert N. Gould* Morton & Co. | a-4 a-6 |
| Templeton Inc. | a-4 |
| *C. L. Gordon* David G. Leaverton | a-6 |
| *Burton H. ayden* Robert D. Smith | a-4 a-6 |
| *Bernard G. Coggan* | a-6 *dismissed* |

p. 12

| | |
|---|---|
| Joel Elman | a-6 |
| Morse Erchere II | a-6 |
| James W. O'Hern | a-6 |
| Whitcom Investment Co. | a-6 |
| Drexel Firestone & Co. Inc | a-5 |
| Mosar Construction Co | a-6 |
| David N. Salerno | a-7 |
| Robert C. Luzzi | a-7 |
| Wedel Burnham & Co | a-3 |
| Prescott Ball Tucker & Co | a-3 |
| Union Bank | B-1  B-2  A-3  B-7 |

· p. *13*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *161* -- *In re U. S. Financial Sec. Lit.*

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ELLIS GRAVETTE | B-1 |
| GEORGE COQUILLARD | B-1 |
| MORGAN WRIGHT | B-1 |
| RICHARD ENGELBERG | B-1 |
| JOHN MALKIND | B-1 |
| Charles D. Prutzman | B-3  *B-5* |
| Richard W. Arneson, Jr. | B-3  *B-5* |
| Dennis P. Hill | B-3  *B-5* |
| Walter P. Gribben | B-3  *B-5* |
| William L. O'Bryon | B-3  *B-5* |

p. _14_

| | |
|---|---|
| A-H Properties. | B-3  B-5 |
| Bayview INVESTMENTS | B-3  B-5 |
| COASTAL LAND CORP.  *No.* | B-5 |
| CONSOLIDATED EQUITIES COMPANIES  *11661 San Vicente Blvd  L.A 90049* | B-5 |
| DICKSON G. PRATT  *Con Equities.* | B-5 |
| JAMES M. TAYLOR  *Con Equities* | B-5 |
| RICHARD GANT  *app. made* | B-5 |
| FRANK ASARO  *see Gant  app. made.* | B-5 |
| R.G. KING  *P.O Box 6136  San Diego. 92106* | B-5 |
| PREDRAG MITROVICH  *~~U.S.F. Investors~~  San Diego 92106* | B-5 |
| JEREMY ETS-HOKIN | B-5 |

NATIONAL COMMUNITY BUILDERS      B-5

*J. L. SCHRAM*              B-5
  *Con Equities.*